## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PENN PSYCHIATRIC CENTER, INC.,

            Petitioner

            v.

UNITED STATES LIABILITY INSURANCE
COMPANY,

            Respondent

: No. 420 MAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 20th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.